IH-34                                                                                                                    Rev:2014-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

_____CV_____ (_____)(_____)

-against-

NOTICE OF CHANGE OF ADDRESS

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____

Address                    City                         State          Zip Code

_____        _____

Telephone Number                  E-mail Address (if available)

_____        *Charles Kenyatta Jr*

Date                              Signature