UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES KENYATTA JR. A.K.A. CHARLIECEE,

Plaintiff,

-against-

DONALD J. TRUMP, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; UNITED STATES OF AMERICA; U.S. GENERAL SERVICES ADMINSTRIATION,

Defendants.

25-cv-2475 (LLS)

CIVIL JUDGMENT

For the reasons stated in the July 9, 2026, order, this action is dismissed for lack of subject matter jurisdiction, *see* Fed. R. Civ. P. 12(h)(3), due to lack of standing.

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge